1  KATHRYN BURKETT DICKSON (State Bar #070636)
   JEFFREY A. ROSS (State Bar #116601)                                    **E-filed 5/1/06**
2  DICKSON - ROSS LLP
   1970 Broadway, Suite 1045
3  Oakland, CA 94612
   Telephone:  (510) 268-1999
4
   Attorneys for Plaintiffs
5  FLOYD POWELL, ERROL CROOKS,
   and JIMMY RANDLE
6
   McPHARLIN, SPRINKLES & THOMAS, LLP
7  PAUL S. AVILLA, Bar #120458
   10 Almaden Blvd., Suite 1460
8  San Jose, California 95113
   Telephone:  (408) 293-1900
9  Facsimile:  (408) 293-1999

10 KRUCHKO & FRIES
   PAUL M. LUSKY, Bar # 105997
11 502 Washington Ave., Suite 400
   Baltimore, MD 21204
12 Telephone: (410) 321-7310
   Facsimile: (410) 821-7918
13 Admitted *Pro Hac Vice*

14 Attorneys for Defendants
   TESSADA & ASSOCIATES, INC. and
15 SCIENTIFIC AND COMMERCIAL
   SYSTEMS CORPORATION
16

17             UNITED STATES DISTRICT COURT

18         FOR THE NORTHERN DISTRICT OF CALIFORNIA

19
   FLOYD POWELL, ERROL CROOKS,          )  Case No.  C04-05254 JF (PVT)
20 and JIMMY RANDLE                     )
                                        )  **STIPULATION AND [PROPOSED]**
21        Plaintiff,                    )  **ORDER RE BRIEFING SCHEDULE FOR**
                                        )  **OPPOSITION AND REPLY BRIEFS ON**
22 v.                                   )  **DEFENDANTS' MOTION FOR**
                                        )  **SUMMARY JUDGMENT**
23 TESSADA & ASSOCIATES, INC.;          )
   SCIENTIFIC AND COMMERCIAL            )  Date:     May 5, 2006
24 SYSTEMS CORPORATION; and DOES I      )  Time:     9:00 a.m.
   through XX,                          )  Court:    Ctrm 3, Fifth Floor
25                                      )  Judge:    Hon. Jeremy Fogel
          Defendants.                   )
26 ─────────────────────────────────────)

27        The parties in this action jointly stipulate and request the Court to enter an Order continuing

28 the deadlines for opposition and reply briefs on Defendants' motion for summary judgment, but to

Stipulation and [Proposed] Order re Briefing Schedule for Opposition
and Reply Briefs on Defendants' Motion for Summary Judgment
*Powell v. Tessada*, C04-05254 JF                                                    1

1    retain the current hearing date, as follows:

2         1.    The deadline for Plaintiffs' opposition to Defendants' motion for summary judgment

3    was Friday, April 14, 2006.  On Thursday, April 13, 2006, Plaintiffs' counsel's mother was rushed to

4    the hospital on an emergency basis, requiring Ms. Dickson's attendance at the hospital on both

5    Thursday and Friday, April 13 - 14, 2006.  This prevented Ms. Dickson from completing Plaintiffs'

6    opposition to the summary judgment motion.  Ms. Dickson contacted Paul Lusky, defense counsel,

7    informed him of the emergency, and requested a brief extension of the deadline for fling an

8    opposition until Wednesday, April 19, 2006.

9         2.    Defense counsel agreed to the extension to Wednesday, April 19th for the opposition

10   as long as Plaintiffs' counsel would agree that Defendants' reply could be extended a like number of

11   days, i.e., until Wednesday, April 26, 2006.  Plaintiff agreed to such an extension.

12        3.    The parties desire, if at all possible, to retain the current hearing date for the summary

13   judgment motion, that is May 5, 2006 at 9:00 a.m.

14

15   **For the Plaintiffs:**                    **For the Defendants**:

16   Dickson-Ross, LLP                          Kruchko & Fries
     Kathryn B. Dickson                         Paul M. Lusky  *Admitted Pro Hac Vice*
17   1970 Broadway, Suite 1045                  502 Washington Avenue, Suite 400
     Oakland, CA 94612                          Baltimore, MD  21204
18   (510) 268-1999                             (410) 321-7310

19        */s/ electronically*                       */s/ authorized via concurrence*
     By: _____          By: _____
20        Kathryn B. Dickson                         Paul M. Lusky

21                                               McPharlin, Sprinkles & Thomas, LLP
                                                 Paul S. Avilla
22                                               10 Almaden Blvd., Suite 1460
                                                 San Jose, California 95113
23                                               Telephone:  (408) 293-1900

24                                               */s/ authorized via concurrence*
                                             By: _____
25                                               Paul S. Avilla

26

27        In accordance with General Order No. 45, Section X.B., I attest that concurrence in

28   the electronic filing of this **STIPULATION AND [PROPOSED] ORDER RE BRIEFING**

Stipulation and [Proposed] Order re Briefing Schedule for Opposition
and Reply Briefs on Defendants' Motion for Summary Judgment
*Powell v. Tessada*, C04-05254 JF                                              2

1   **SCHEDULE FOR OPPOSITION AND REPLY BRIEFS ON DEFENDANTS' MOTION FOR**

2   **SUMMARY JUDGMENT** was obtained on behalf of Defendants and defense counsel Paul Avilla

3   and Paul Lusky, by e-mail from Paul Lusky to Plaintiffs' counsel on April 18, 2006.

4

5                                                  */s/ electronically*

6   Date:   April 18, 2006                  _____
                                             Kathryn Burkett Dickson
7                                            Counsel for Plaintiffs Powell, Randle & Crooks

8

9

10                                          **ORDER**

11          Based upon a showing of good cause, the Court orders that the deadline for Plaintiffs'

12  opposition to Defendants' motion for summary judgment shall be extended to Wednesday, April, 19,

13  2006 and Defendants' reply shall be extended to Wednesday, April 26, 2006.  The hearing on the

14  motion for summary judgment shall remain on May 5, 2006 at 9:00 a.m.

15

16  **IT IS SO ORDERED**.

17

18  Dated:   __4/27/06_____        _____
                                                       Jeremy Fogel
19                                          UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order re Briefing Schedule for Opposition
and Reply Briefs on Defendants' Motion for Summary Judgment
*Powell v. Tessada,* C04-05254 JF                                    3