McPHARLIN, SPRINKLES & THOMAS, LLP
PAUL S. AVILLA, Bar #120458
10 Almaden Blvd., Suite 1460
San Jose, California 95113
Telephone: (408) 293-1900
Facsimile: (408) 293-1999

KRUCHKO & FRIES
PAUL M. LUSKY, Bar #105997
502 Washington Ave., Suite 400
Baltimore, MD 21204
Telephone: (410) 321-7310
Admitted *Pro Hac Vice*

Attorneys for Defendants
TESSADA & ASSOCIATES, INC. and
SCIENTIFIC AND COMMERCIAL
SYSTEMS CORPORATION

\*\*E-filed 6/20/06\*\*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD POWELL, ERROL CROOKS, and JIMMY RANDLE, <br><br>    Plaintiffs, <br>  v. <br><br>TESSADA & ASSOCIATES, INC.; SCIENTIFIC AND COMMERCIAL SYSTEMS CORPORATION <br><br>    Defendants. | Case No. C0405254 JF <br><br>PROPOSED ORDER FOR SUPPLEMENTAL BRIEFING SCHEDULE <br><br>Date:      June 9, 2006 <br>Courtroom: 3, Fifth Floor <br>Judge:    Hon. Jeremy Fogel |

The parties have agreed to the following schedule for Supplemental Briefing on Defendants' Motion for Summary Judgment. The parties through counsel, shall file on July 24, 2006, supplemental briefs of no more than ten (10) pages in length on Defendants' Motion for Summary Judgment. Each party may file on July 31, 2006, supplemental reply briefs of no more than five (5) pages in length. Defendants' Motion for Summary Judgment will then be decided by this Court without further oral argument unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

*Approved as to form and substance:*

  /s/
Kathryn Burkett Dickson
Counsel for Plaintiffs    6/20/06

_____
Jeremy Fogel
United States District Judge

---

Proposed Order for Supplemental Briefing Schedule      C0405254JF

1     In accordance with General Order No. 45, Section X.B., I attest that concurrence in the
2 electronic filing of this PROPOSED ORDER FOR SUPPLEMENTAL BRIEFING SCHEDULE
3 was received from Kathryn Burkett Dickson.

4

Dated: June 9, 2006                      McPHARLIN SPRINKLES & THOMAS LLP

5

6

By: _____/s/_____
7                              Paul S. Avilla
                            Attorneys for defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28