**E-filed 8/3/06**

McPHARLIN, SPRINKLES & THOMAS, LLP
PAUL S. AVILLA, Bar #120458
10 Almaden Blvd., Suite 1460
San Jose, California 95113
Telephone: (408) 293-1900
Facsimile: (408) 293-1999

KRUCHKO & FRIES
PAUL M. LUSKY, Bar # 105997
502 Washington Ave., Suite 400
Baltimore, MD 21204
Telephone: (410) 321-7310
Facsimile: (410) 821-7918
Admitted *Pro Hac Vice*

Attorneys for Defendants
TESSADA & ASSOCIATES, INC. and
SCIENTIFIC AND COMMERCIAL
SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD POWELL, ERROL CROOKS, and JIMMY RANDLE )<br><br>Plaintiffs, )<br><br>v. )<br><br>TESSADA & ASSOCIATES, INC.; SCIENTIFIC AND COMMERCIAL SYSTEMS CORPORATION; and DOES I through XX )<br><br>Defendants. ) | No. C0405254JF<br><br>ORDER<br><br>Judge: Hon. Jeremy Fogel |

Upon consideration of the parties' Stipulation of Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is,

ORDERED that this case be dismissed with prejudice, each party to bear his or its own costs and attorneys fees.

Dated: August _2_, 2006

_____
The Honorable Jeremy Fogel
United States District Judge

_____
Order Granting Stipulation of Dismissal
C0405254JF